IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:09-cr-129-MHT |
| | ) | (WO) |
| BRENDA REED | ) | |

### O R D E R

Upon consideration of the Motion to Dismiss the Indictment (doc no. 19), and for good cause shown, the Court is of the opinion that the motion should be granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED, and DECREED by the Court that said motion is granted and the indictment is dismissed.

DONE, this the 29th day of December, 2009.

 /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE